# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KIDDE-FENWAL, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10638 (LSS) |
| KIDDE-FENWAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, *et al.,*<br><br>Defendants. | Adv. Proc. No. 23-50758 (LSS) |

## MOTION OF CERTAIN DEFENDANTS IN ADVERSARY PROCEEDING NO. 23-50758 TO WITHDRAW THE REFERENCE TO THE BANKRUPTCY COURT PURSUANT TO 28 U.S.C. 157(d) AND BANKRUPTCY RULE 5011(a)

The undersigned, Certain Defendants to Adversary Proceeding No. 23-50758 (herein, "Movants"),[2] pursuant to 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011, and Local Bankruptcy Rule 5011-1, hereby move for entry of an Order withdrawing the reference of

---

[1] The last four digits of Kidde-Fenwal, Inc.'s tax identification number are 5282. The Debtor's corporate headquarters is located at 400 Main Street, Ashland, Massachusetts 01721.

[2] Movants include Wellfleet New York Insurance Company, formerly known as Atlanta International Insurance Company; Columbia Casualty Company; The Continental Insurance Company, on its own behalf and as successor-in-interest to Harbor Insurance Company and London Guarantee and Accident Company of New York; Government Employees Insurance Company (GEICO); American Guarantee and Liability Insurance Company; Zurich American Insurance Company; Endurance American Specialty Insurance Company; Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company); Ace American Insurance Company; Century Indemnity Company (as successor to CIGNA Specialty Insurance Company f/k/a California Union Insurance Company; and as successor to CCI Insurance Company, as successor to Insurance Company of North America); Federal Insurance Company; Pacific Employers Insurance Company; TIG Insurance Company, as successor to Gibraltar Casualty Company; Evanston Insurance Company; First State Insurance Company; and Twin City Fire Insurance Company.

the above-captioned adversary proceeding pending in the United States Bankruptcy Court for the District of Delaware (the "Motion").[3] The grounds for the Motion are fully set forth in an opening brief being filed contemporaneously herewith.

| | |
|---|---|
| Dated: February 12, 2024 | **GOLDSTEIN & MCCLINTOCK LLLP** |
| | */s/ Maria Aprile Sawczuk* <br> Maria Aprile Sawczuk (No. 3320) <br> 501 Silverside Road, Suite 65 <br> Wilmington, DE 19809 <br> Telephone: (302) 444-6710; Facsimile: (302) 444-6709 <br> marias@goldmclaw.com |
| | -and- |
| | Mark J. Leimkuhler (admitted *pro hac vice*) <br> Jessica R. Lobis Buckwalter (admitted *pro hac vice*) <br> LEWIS BAACH KAUFMANN MIDDLEMISS PLLC <br> 1050 K Street, NW, Suite 400 <br> Washington, DC 20001 <br> Telephone: (202) 833-8900; Facsimile: (202) 466-5738 <br> mark.leimkuhler@lbkmlaw.com <br> jessica.buckwalter@lbkmlaw.com |
| | -and- |
| | David Christian, Esq. (admitted *pro hac vice*) <br> DAVID CHRISTIAN ATTORNEYS LLC <br> 105 W. Madison Street, Suite 2300 <br> Chicago, IL 60602 <br> Telephone: (312) 282-5282 <br> dchristian@dca.law |
| | *Attorneys for Wellfleet New York Insurance Company, formerly known as Atlanta International Insurance Company; Columbia Casualty Company; The Continental Insurance Company, on its own behalf and as successor-in-interest to Harbor Insurance Company and London Guarantee and Accident Company of New York; and Government Employees Insurance Company (GEICO)* |

---

[3] Pursuant to the Bankruptcy Court's Local Rule 5011-1, this Motion is being filed with the Bankruptcy Court for transmittal to the United States District Court for the District of Delaware.

**STAMOULIS & WEINBLATT LLC**

/s/ *Stamatios Stamoulis*
Stamatios Stamoulis (No. 4606)
800 N. West Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 999-1540; Facsimile: (302) 762-1688
stamoulis@swdelaw.com

-and-

Andrew Frackman (*pro hac vice*)
Tancred Schiavoni (*pro hac vice*)
Eli A. Grossman (*pro hac vice*)
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036-6524
Telephone: (212) 326-2000; Facsimile: (212) 326-2061
afrackman@omm.com
tschiavoni@omm.com
egrossman@omm.com

*Counsel for Ace American Insurance Company, Century Indemnity Company (as successor to CIGNA Specialty Insurance Company f/k/a California Union Insurance Company; and as successor to CCI Insurance Company, as successor to Insurance Company of North America), Federal Insurance Company, and Pacific Employers Insurance Company*

**KENNEDYS CMK LLP**

/s/ *Marc Casarino*
Marc Casarino, Esq. (No. 3613)
Jillian G. Dennehy, Esq. (admitted *pro hac vice)*
919 North Market Street, Suite 1550
Wilmington, DE 19801
Telephone: (302) 308-6647
Marc.casarino@kennedyslaw.com
jillian.dennehy@kennedyslaw.com

-and-

George R. Calhoun, Esq. (*pro hac vice forthcoming*)
IFRAH LAW PLLC
1717 Pennsylvania Avenue, NW, Suite 650
Washington, DC 20006
Telephone: (202) 524-4147
george@ifrahlaw.com

*Counsel for TIG Insurance Company, as successor to Gibraltar Casualty Company, and Evanston Insurance Company*

**SMITH, KATZENSTEIN & JENKINS, LLP**

*/s/ Robert K. Beste*
Robert K. Beste (No. 3931)
1000 North West Street, Suite 1501
Wilmington, DE 19801
Telephone:  (302) 652-8400
rkb@skjlaw.com

-and-

Paul R. Koepff (admitted *pro hac vice*)
Ryan R. Westerfield (admitted *pro hac vice*)
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue, 16th Floor
New York, NY 10174
Telephone: (212) 710-3900
paul.koepff@clydeco.us
ryan.westerfield@clydeco.us

-and-

Tony L. Draper (admitted *pro hac vice*)
WALKER WILCOX MATOUSEK LLP
1001 McKinney Street, Suite 2000
Houston, TX 77002
Telephone:  (713) 654-8001
tdraper@walkerwilcox.com

-and-

Fred L. Alvarez (admitted *pro hac vice*)
WALKER WILCOX MATOUSEK LLP
One North Franklin Street, Suite 3200
Chicago, IL 60606-3610
Telephone: (312) 244-6700
falvarez@walkerwilcox.com

*Counsel for Defendant Endurance American Specialty Insurance Company*

**WHITEFORD, TAYLOR & PRESTON LLC**

*/s/ Richard W. Riley*
Richard W. Riley (No. 4052)
Stephen B. Gerald (No. 5857)
600 North King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 353-4144
rriley@whitefordlaw.com
sgerald@whitefordlaw.com

-and-

Laurie A. Kamaiko
SAUL EWING LLP
1270 Avenue of the Americas, Suite 2800
New York, NY 10020
Telephone: (202) 333-8800
laurie.kamaiko@saul.com

-and-

Clarence Y. Lee
Matthew Antonelli
SAUL EWING LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, DC 20006-3434
Telephone: (202) 333-8800
clarence.lee@saul.com
matt.antonelli@saul.com

*Attorneys for American Guarantee and Liability Insurance Company and Zurich American Insurance Company*

Case 23-50758-LSS    Doc 136    Filed 02/12/24    Page 6 of 7

**REGER RIZZO & DARNALL LLP**

*/s/ Louis J. Rizzo, Jr.*
Louis J. Rizzo, Jr. (No. 3374)
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, DE 19803
Telephone: (302) 477-7100
lrizzo@regerlaw.com

-and-

Stephen V. Gimigliano (admitted *pro hac vice*)
John Maloney (admitted *pro hac vice*)
Christopher K. Kim (admitted *pro hac vice*)
GIMIGLIANO MAURIELLO & MALONEY, P.A.
163 Madison Avenue, Suite 500, P.O. Box 1449
Morristown, NJ 07962-1449
Telephone: (973) 946-8360
sgimigliano@lawgmm.com
jmaloney@lawgmm.com
ckim@lawgmm.com

*Attorneys for Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)*

**MARSHALL DENNEHEY, P.C.**

*/s/ M. Claire McCudden*
M. Claire McCudden (No. 5036)
1007 N. Orange Street, Suite 600, P.O. Box 8888
Wilmington, DE 19899-8888
Telephone: (302) 552-4354; Facsimile: (302) 552-4340
MCMcCudden@MDWCG.com

-and-

Sarah D. Gordon (admitted *pro hac vice*)
Johanna Dennehy (admitted *pro hac vice*)
Ansley Seay (admitted *pro hac vice*)
STEPTOE LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000; Facsimile: (202) 429-3902
sgordon@steptoe.com
jdennehy@steptoe.com
aseay@steptoe.com

*Counsel for First State Insurance Company and Twin City Fire Insurance Company*