# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KIDDE-FENWAL, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-10638 (LSS) |
| KIDDE-FENWAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, et al.,<br><br>Defendants | Adv. Proc. No. 23-50758 (LSS) |

## CERTIFICATE OF SERVICE

I, William E. Chipman, Jr., hereby certify that, on November 19, 2024, a true and correct copy of *AIG Insurers' Response to Motion to Stay Adversary Proceeding Filed by KFI Wind-Down Corp., the Official Committee of Unsecured Creditors, and the Ad Hoc Committee of Governmental Claimants* (the "**Response**") was filed *via* the Court's CM/ECF electronic filing system ("**CM/ECF**"), which sent notice to all parties receiving notification through CM/ECF.

I further certify that, in addition, on the same day, I caused the Response to be served on the parties listed on the attached service list *via* electronic mail.

---

[1] The last four digits of Kidde-Fenwal, Inc.'s tax identification number are 5282. The Debtor's corporate headquarters is located at 400 Main Street, Ashland, Massachusetts 01721.

Dated: November 19, 2024
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Email: chipman@chipmanbrown.com

**WILLKIE FARR & GALLAGHER LLP**

Christopher J. St. Jeanos (Admitted *pro hac vice*)
James H. Burbage (Admitted *pro hac vice*)
Simone Marton (Admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:    (212) 728-8000
Facsimile:    (212) 728-9000
Email: cstjeanos@willkie.com
       jburbage@willkie.com
       smarton@willkie.com

Joseph G. Davis (Admitted *pro hac vice*)
1875 K Street, N.W.
Washington, D.C. 20006
Telephone:    (202) 303-1000
Facsimile:    (202) 303-2000
Email: jdavis@willkie.com

Jennifer Hardy (Admitted *pro hac vice*)
600 Travis Street
Houston, Texas 77002
Telephone:    (713) 510-1766
Email: jhardy2@willkie.com

*Counsel for National Union Fire Insurance Company of Pittsburgh, Pa. and Lexington Insurance Company*

4857-7728-4349, v. 1

## SERVICE LIST

| INSURER | COUNSEL |
|---|---|
| Kidde-Fenwal, Inc. | Derek C. Abbott, Esquire<br>Andrew R. Remming, Esquire<br>Daniel B. Butz, Esquire<br>Tamara K. Mann, Esquire<br>Casey B. Sawyer, Esquire<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19899-1347<br>dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>tmann@morrisnichols.com<br>csawyer@morrisnichols.com<br><br>-and-<br><br>Benedict M. Lenhart, Esquire<br>Alexis N. Dyschkant, Esquire<br>Kevin R. Glandon, Esquire<br>**COVINGTON & BURLING LLP**<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC 20001<br>blenhart@cov.com<br>adyschkant@cov.com<br>kglandon@cov.com<br><br>-and-<br><br>David A. Luttinger, Jr., Esquire<br>**COVINGTON & BURLING LLP**<br>New York Times Building<br>620 8th Avenue<br>New York, New York 10018<br>dluttinger@cov.com |
| Arch Insurance Co. and Arch Specialty Insurance Co. | Carmella P. Keener, Esquire<br>**COOCH AND TAYLOR**<br>The Brandywine Building<br>1000 North West Street, Suite 1500<br>Wilmington, Delaware 19801<br>ckeener@coochtaylor.com<br><br>-and-<br><br>Megan B. Gramke, Esquire<br>**UB Greensfelder LLP**<br>312 Walnut Street, Suite 1400<br>Cincinnati, Ohio 45202<br>mgramke@ubglaw.com |
| ACE American Ins. Co. Century Indemnity Co. (as successor to CIGNA Specialty Ins. f/k/a California Union Ins.) Federal Ins. Co. Pacific | Stamatios Stamoulis, Esquire<br>**STAMOULIS & WEINBLATT LLC**<br>800 North West Street, Suite 800 |

| INSURER | COUNSEL |
|---|---|
| Employers Ins. Co. | Wilmington, Delaware 19801<br>stamoulis@swdelaw.com<br><br>-and-<br><br>Andrew Frackman, Esquire<br>Tancred Schiavoni, Esquire<br>Eli A. Grossman, Esquire<br>**O'MELVENY & MYERS LLP**<br>1301 Avenue of the Americas, Suite 1700<br>New York, NY 10019<br>afrackman@omm.com;<br>tschiavoni@omm.com;<br>egrossman@omm.com |
| Wellfleet New York Ins. Co., f/k/a Atlanta International Ins. Co. Columbia Casualty Co. The Continental Ins. Co., on its own behalf and as successor-in-interest to Harbor Ins. Co. and London Guarantee and Accident Co. of New York Government Employees Ins. Co. (GEICO) | Maria Aprile Sawczuk, Esquire<br>**GOLDSTEIN & MCCLINTOCK, LLLP**<br>501 Silverside Road, Suite 65<br>Wilmington, Delaware 19809<br>marias@goldmclaw.com<br><br>– and –<br><br>Mark J. Leimkuhler, Esquire<br>Jessica R. Lobis, Esquire<br>**BUCKWALTER LEWIS BAACH KAUFMANN MIDDLEMISS PLLC**<br>1050 K Street, NW, Suite 400<br>Washington, DC 20001<br>mark.leimkuhler@lbkmlaw.com<br>jessica.buckwalter@lbkmlaw.com<br><br>– and –<br><br>David Christian, Esquire<br>David Christian Attorneys LLC<br>105 West Madison Street, Suite 2300<br>Chicago, Illinois 60602<br>dchristian@dca.law |
| Endurance American Specialty Insurance Co. | Robert K. Beste, Esquire<br>**SMITH KATZENSTEIN & JENKINS LLP**<br>1000 West Street, Suite 1501<br>Wilmington, Delaware 19801<br>rkb@skjlaw.com<br><br>-and-<br><br>Paul Koepff, Esquire<br>Kevin Haas, Esquire<br>Ryan Westerfield, Esquire<br>**CLYDE & CO LLP**<br>405 Lexington Avenue, 16th Floor<br>New York, New York 10174 |

| INSURER | COUNSEL |
|---|---|
| | paul.koepff@clydeco.us;  ryan.westerfield@clydeco.us |
| | – and – |
| | Fred L. Alvarez, Esquire<br>**WALKER WILCOX MATOUSEK LLP**<br>One North Franklin Street<br>Chicago, Illinois 60606<br>falvarez@walkerwilcox.com |
| | – and – |
| | Tony L. Draper, Esquire<br>**WALKER WILCOX MATOUSEK LLP**<br>1001 McKinney Street, Suite 2000<br>Houston, Texas 77002<br>tdraper@walkerwilcox.com |
| American Guarantee and Liability Insurance Co.<br>Zurich American Insurance Company | Richard W. Riley, Esquire<br>Stephen B. Gerald, Esquire<br>**WHITEFORD TAYLOR & PRESTON LLC**<br>600 North King Street, Suite 300<br>Wilmington, Delaware 19801-3700<br>rriley@whitefordlaw.com<br>sgerald@whitefordlaw.com |
| | – and – |
| | Laurie A. Kamaiko, Esquire<br>**SAUL EWING LLP**<br>1270 Avenue of the Americas, Suite 2800<br>New York, New York 10020<br>laurie.kamaiko@saul.com |
| | – and – |
| | Clarence Y. Lee, Esquire<br>Matthew Antonelli, Esquire<br>Kyra A. Smerkanich, Esquire<br>**SAUL EWING LLP**<br>1919 Pennsylvania Avenue, N.W., Suite 550<br>Washington, DC 20006-3434<br>clarence.lee@saul.com<br>matt.antonelli@saul.com<br>kyra.smerkanich@saul.com |
| Landmark American Insurance Co. | Ericka F. Johnson, Esquire<br>Justin C. Barrett, Esquire<br>**BAYARD**<br>600 North King Street, Suite 400<br>Wilmington, Delaware 19801<br>ejohnson@bayardlaw.com<br>jbarrett@bayardlaw.com |
| | – and – |

| Insurer | Counsel |
|---|---|
|  | Robert L. Joyce, Esquire<br>**Littleton Park Joyce Ughetta & Kelly LLP**<br>4 Manhattanville Road, Suite 202<br>Purchase, New York 10577<br>Robert.Joyce@littletonpark.com |
| Travelers Casualty and Surety Co. (f/k/a The Aetna Casualty and Surety Co.) | Louis J. Rizzo, Jr., Esquire<br>**Reger Rizzo & Darnall LLP**<br>1521 Concord Pike, Suite 305<br>Brandywine Plaza West<br>Wilmington, Delaware 19803<br>lrizzo@regerlaw.com<br>mhalter@regerlaw.com<br><br>– and –<br><br>Stephen V. Gimigliano, Esquire<br>John Maloney, Esquire<br>Christopher K. Kim, Esquire<br>**Gimigliano Mauriello & Maloney, P.A.** 163 Madison Avenue, Suite 500<br>P.O. Box 1449<br>Morristown, New Jersey 07962-1449<br>SGimigliano@lawgmm.com<br>jmaloney@lawgmm.com<br>ckim@lawgmm.com |
| Westport Ins. Corp., as successor-in-interest to Puritan Ins. Co. | Benjamin A. Blume, Esquire<br>**Kennedys CMK LLP**<br>30 South Wacker Drive, Suite 3650<br>Chicago, Illinois 60606<br>Benjamin.blume@kennedyslaw.com<br><br>– and –<br><br>Marc Casarino, Esquire<br>**Kennedys CMK LLP**<br>222 Delaware Avenue, Suite 710<br>Wilmington, Delaware 19801<br>Marc.casarino@kennedyslaw.com |
| United National Insurance Company | Aimee M. Czachorowski, Esquire<br>**Lewis Brisbois Bisgaard & Smith LLP**<br>500 Delaware Avenue, Suite 700<br>Wilmington, Delaware 19801<br>Aimee.Czachorowski@lewisbrisbois.com<br><br>– and –<br><br>John W. Hite IIII, Esquire<br>**Salley, Hite, Mercer & Resor, LLC**<br>One Canal Place, 365 Canal Street, Suite 1710<br>New Orleans, Louisiana 70130 |

| INSURER | COUNSEL |
|---|---|
| | jhite@shmrlaw.com |
| RSA Insurance Group Limited | Joseph B. Cicero, Esquire<br>Mark L. Desgrosseilliers, Esquire<br>**CHIPMAN BROWN CICERO & COLE, LLP**<br>Hercules Plaza<br>1313 North Market Street, Suite 5400 Wilmington, Delaware 19801<br>cicero@chipmanbrown.com<br>desgross@chipmanbrown.com<br><br>– and –<br><br>Deirdre Johnson, Esquire<br>Marc Haas, Esquire<br>Paul Kalish, Esquire<br>**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**<br>555 12th Street NW, Suite 1100<br>Washington, DC 20004<br>dgjohnson@mintz.com<br>pwkalkish@mintz.com<br>mehaas@mintz.com |
| Admiral Insurance Company | Kimberly A. Brown, Esquire<br>Joshua B. Brooks, Esquire<br>**LANDIS RATH & COBB LLP**<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>brown@lrclaw.com<br>brooks@lrclaw.com<br><br>– and –<br><br>David W. Walulik, Esquire<br>**FROST BROWN TODD LLP**<br>Great American Tower<br>301 East Fourth St., Suite 3300<br>Cincinnati, Ohio 45202<br>dwalulik@fbtlaw.com |
| First State Insurance Company and Twin City Fire Insurance Company | M. Claire McCudden, Esquire<br>**MARSHALL DENNEHEY, P.C.**<br>1007 North Orange Street, Suite 600<br>Wilmington, Delaware 19899-8888<br>MCMcCudden@MDWCG.com<br><br>– and –<br><br>Sarah D. Gordon, Esquire<br>Johanna Dennehy, Esquire<br>Ansley Seay, Esquire<br>**STEPTOE LLP**<br>1330 Connecticut Avenue NW<br>Washington, D.C. 20036 |

| INSURER | COUNSEL |
|---|---|
|  | Sgordon@steptoe.com<br>jdennehy@Steptoe.com<br>aseay@Steptoe.com |
| Great American Assurance Company and Great American Insurance Company of New York | Bruce W. McCullough, Esquire<br>**BODELL BOVE, LLC**<br>1225 North King Street, Suite 1000<br>Wilmington, Delaware 19801-3250<br>bmccullough@bodellbove.com<br><br>– and –<br><br>Joshua D. Weinberg, Esquire<br>Annette P. Rolain, Esquire<br>**RUGGERI PARKS WEINBERG LLP**<br>1875 K Street NW, Suite 600<br>Washington, DC 20006<br>jweinberg@ruggerilaw.com<br>arolain@ruggerilaw.com |
| Allstate Insurance Company (solely as successor-in-interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company) | Robert J. Katzenstein, Esquire<br>Julie O'Dell, Esquire<br>**SMITH KATZENSTEIN & JENKINS LLP**<br>1000 West Street, Suite 1501<br>Wilmington, Delaware 19801<br>rjk@skjlaw.com<br>jmo@skjlaw.com<br><br>-and-<br><br>Stefano V. Calogero, Esquire<br>**WINDELS MARX LANE & MITTENDORF, LLP**<br>One Giralda Farms<br>Madison, New Jersey 07940<br>scalogero@windelsmarx.com |
| TIG Insurance Company (as successor to Gibraltar Casualty Company Evanston Insurance Company) | Marc Casarino, Esquire<br>Jillian G. Dennehy, Esquire<br>**KENNEDY'S LAW LLP**<br>222 Delaware Avenue, Suite 710<br>Wilmington, Delaware 19801<br>Marc.casarino@kennedyslaw.com<br>jillian.dennehy@kennedyslaw.com<br><br>-and-<br><br>George R. Calhoun, Esquire<br>**IFRAH LAW PLLC**<br>1717 Pennsylvania Avenue, NW, Suite 650<br>Washington, DC 20006<br>george@ifrahlaw.com |
| Coaction Specialty Management Company, Inc., (as Managing Agent and Attorney-In-Fact | Timothy S. Martin, Esquire<br>Michael Ingrassia, Esquire |

| INSURER | COUNSEL |
|---|---|
| for Mutual Marine Office to the Extent of the Participation Therein by Employers Mutual Casualty Company, Incorrectly Named as Employers Mutual Casualty Company) | **WHITE AND WILLIAMS**<br>Courthouse Square<br>600 North King Street, Suite 800<br>Wilmington, Delaware 19801<br>martint@whiteandwilliams.com<br>ingrassiam@whiteandwilliams.com |
| Ad Hoc Committee of Governmental Claimants | Anthony M. Saccullo, Esquire<br>Mark T. Hurford, Esquire<br>Mary E. Augustine, Esquire<br>**A.M. SACCULLO LEGAL, LLC**<br>27 Crimson King Drive<br>Bear, Delaware 19701<br>ams@saccullolegal.com<br>mark@saccullolegal.com<br><br>-and-<br><br>James S. Carr, Esquire<br>**KELLEY DRYE & WARREN LLP**<br>3 World Trade Center<br>175 Greenwich Street<br>New York, New York 10007<br>jcarr@kelleydrye.com |
| Official Committee of Unsecured Creditors | Daniel K. Hogan, Esquire<br>Garvan F. McDaniel, Esquire<br>Daniel C. Kerrick, Esquire<br>**HOGAN♦MCDANIEL**<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>dkhogan@dkhogan.com<br>gmcdaniel@dkhogan.com<br>dckerrick@dkhogan.com<br><br>-and-<br><br>Kami E. Quinn, Esquire<br>Emily P. Grim, Esquire<br>Alison D. Gaske, Esquire<br>Lelia Parker, Esquire<br>Ifenanya Agwu, Esquire<br>**GILBERT LLP**<br>700 Pennsylvania Avenue, SE<br>Suite 400<br>Washington, DC 20003<br>quinnk@gilbertlegal.com<br>grime@gilbertlegal.com<br>gaskea@gilbertlegal.com<br>parkerl@gilbertlegal.com<br>agwui@gilbertlega.com |

4857-7728-4349, v. 1

| INSURER | COUNSEL |
|---|---|
| | -and- Sander L. Esserman, Esquire<br>Peter C. D'Apice, Esquire<br>Cliff I. Taylor, Esquire<br>**STUTZMAN, BROMBERG, ESSERMAN,**<br>**& PLIFKA, A PROFESSIONAL CORPORATION**<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201<br>esserman@sbep-law.com<br>dapice@sbep-law.com<br>taylor@sbep-law.com<br><br>-and-<br><br>David J. Molton, Esquire<br>Jeffrey L. Jonas, Esquire<br>Sigmund S. Wissner-Gross, Esquire<br>D. Cameron Moxley, Esquire<br>Kenneth Aulet, Esquire<br>Gerard T. Cicero, Esquire<br>Susan Sieger-Grimm, Esquire<br>**BROWN RUDNICK LLP**<br>7 Times Square<br>New York, New York 10036<br>dmolton@brownrudnick.com<br>jjonas@brownrudnick.com<br>swissner-gross@brownrudnick.com<br>dmoxley@brownrudnick.com<br>kaulet@brownrudnick.com<br>gcicero@brownrudnick.com<br>ssieger-grimm@brownrudnick.com |
| Future Claimants' Representative | Robert S. Brady, Esquire<br>Edwin J. Harron, Esquire<br>Sharon M. Zieg, Esquire<br>S. Alexander Faris, Esquire<br>**YOUNG CONWAY STARGATT & TAYLOR, LLP**<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>rbrady@ycst.com<br>eharron@ycst.com<br>szieg@ycst.com<br>afaris@ycst.com<br><br>-and-<br><br>Kami E. Quinn, Esquire<br>Emily P. Grim, Esquire<br>Ethan H. Kaminsky, Esquire<br>Lelia F. Parker, Esquire |

| INSURER | COUNSEL |
|---------|---------|
|         | **GILBERT LLP**<br>700 Pennsylvania Avenue, SE, Suite 400<br>Washington, DC 20003<br>quinnk@gilbertlegal.com<br>grime@gilbertlegal.com<br>kaminskye@gilbertlegal.com<br>parkerl@gilbertlegal.com |