**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| KFI WIND-DOWN CORP., [1] | Case No. 23-10638 (LSS) |
| Debtor | |
| KFI WIND-DOWN CORP., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 23-50758 (LSS) |
| | (Consolidated Adversary Proceeding) |
| ACE AMERICAN INSURANCE COMPANY, *et al.* | |
| Defendants | |

**AFFIDAVIT OF SERVICE**

I, Christopher A. Rimpel, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On November 26, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Reply Memorandum in Support of Motion of KFI Wind-Down Corp., the Official Committee of Unsecured Creditors, and the Ad Hoc Committee of Governmental Claimants to Stay Adversary Proceeding (E.T.)** (Docket No. 557)

[INTENTIONALLY LEFT BLANK]

---

[1] The lats four digits of Kidde-Fenwal, Inc.'s tax identification number are 5282. The Debtor's Corporate headquarters is located at 400 Main Street, Ashland, Massachusetts 01721.

- **Declaration of Bruno Campos in Support of Reply Memorandum in Support of Motion of KFI Winddown Corp., the Official Committee of Unsecured Creditors, and the Ad Hoc Committee of Governmental Claimants to Stay Adversary Proceeding** (Docket No. 558)

Dated: November 27, 2024

*Chris Rimpel*
_____
Christopher A. Rimpel

State of Colorado  )
                   )  SS.
County of Denver   )

Subscribed and sworn to (or affirmed) before me on this 27th day of November 2024, by Christopher A. Rimpel, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *Danielle Harnden*
_____
(Notary official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# **Exhibit A**



**Exhibit A**

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | ZIP |
|---|---|---|---|---|---|---|---|
| ACE American Insurance Company | CT Corporation System | 600 North Second Street, | Suite 401 | | Harrisburg | PA | 17101 |
| Ad Hoc Committee of Governmental Claimant | c/o Kelley Drye & Warren LLP | Attn: Sean T. Wilson | 515 Post Oak Blvd, Suite 900 | | Houston | TX | 77027 |
| Ad Hoc Committee of Governmental Claimants | c/o A.M. Saccullo Legal, LLC | Attn: Anthony M. Saccullo, Mark T. Hurford, and Mary E. Augustine | 27 Crimson King Drive | | Bear | DE | 19701 |
| Ad Hoc Committee of Governmental Claimants | c/o Kelley Drye & Warren LLP | Attn: James S. Carr, Sean T. Wilson, Whitney M. Smith, Richard Gage & Steven Yachik | 3 World Trade Center | 175 Greenwich Street | New York | NY | 10007 |
| Admiral Insurance Company | The Corporation Trust Company | Corporation Trust Center | 1209 Orange St. | | Wilmington | DE | 19801 |
| Admiral Insurance Group | c/o Frost Brown Todd LLP | Attn: David W Waluilk | Great American Tower | 301 East Fourth Street, Suite 3300 | Cincinnati | OH | 45202 |
| Admiral Insurance Group | c/o Landis Rath & Cobb LLP | Attn: Kimberly A Brown & Joshua B Brooks | 919 Market Street | Suite 1800 | Wilmington | DE | 19801 |
| AIG (dba Chartis) | | 1271 Ave of the Americas | Floor 41 | | New York | NY | 10020-1304 |
| Allstate Insurance Company | c/o Smith, Katzenstein & Jenkins, LLP | Attn: Robert J Katzenstein, Julie M. O'Dell & Daniel A Taylor | 1000 West Street, Suite 1501 | PO Box 410 | Wilmington | DE | 19899 |
| AllState insurance Company | c/o Windels Marx Lane & Mittendorf, LLP | ATtn: Stefano V Calogero | One Giralda Farms | | Madison | NJ | 07940 |
| American Guarantee and Liability Insurance Company | c/o Saul Ewing LLP | Attn: Clarence Y. Lee, Matthew Antonelli and Kyra A. Smerkanich | 1919 Pennsylvania Avenue, N.W. | Suite 550 | Washington | DC | 20006-3434 |
| American Guarantee and Liability Insurance Company | c/o Saul Ewing LLP | Attn: Laurie A. Kamaiko | 1270 Avenue of the Americas | Suite 2800 | New York | NY | 10020 |
| American Guarantee and Liability Insurance Company | c/o Whiteford Taylor & Preston LLC | Attn: Richard W. Riley | 600 North King Street | Suite 300 | Wilmington, | DE | 19801-3700 |
| American Guarantee and Liability Insurance Company and Zurich American Insurance Company | c/o Plevin & Turner LLP | Attn: Jordan A. Hess & Miranda H. Turner | 1701 Pennsylvania Ave., N.W. | Suite 200 | Washington | DC | 20006 |
| American Guarantee and Liability Insurance Company and Zurich American Insurance Company | c/o Plevin & Turner LLP | Attn: Mark D. Plevin | 580 California Street | Suite 1200 | San Francisco | CA | 94104 |
| Anapol Weiss | Attn: Lawrence R. Cohan, Joshua C. Coha and Alexander H. Kipperman | One Logan Square | 130 North 18th Street, Suite 1600 | | Philadelphia | PA | 19103 |
| Arch Insurance Company | c/o Cooch and Taylor, PA | Attn: Carmella P Keemer | The Brandywine Building | 1000 N West Street Suite 1500 | Wilmington | DE | 19801 |
| Arthur Schaap d/b/a Highland Dairy | Attn: Arthur Schaap | 650 Curry Road O | | | Clovis | NM | 88101 |
| Atlanta International Insurance Company | (n/k/a Wellfleet New York Insurance Company) | CT Corporation System | 289 S Culver St | | Lawrenceville | GA | 30046-480 |
| Atlanta International Insurance Company | c/o David Christian Attorneys LLC | Attn: David C. Christian II | 105 W. Madison Street | Suite 1400 | Chicago | IL | 60602 |
| Atlanta International Insurance Company | c/o Goldstein & McClintock, LLP | Attn: Maria Aprile Sawczuk | 501 Silverside Rd | Suite 65 | Wilmington | DE | 19809 |
| Atlanta International Insurance Company | c/o Lewis Baach Kaufmann Middlemiss PLLC | Attn: Mark J. Leimkuhler, Jessica R Lobis Buckwalter | 1050 K Street NW | Suite 400 | Washington | DC | 20001 |
| Banner Legal | Attn: Jeremy C. Shafer | 445 Marine View Avenue, Suite 100 | | | Del Mar | CA | 92014 |
| Baron & Budd, P.C. | Attn: John P. Fiske and Celeste Evangelisti | 11440 West Bernardo Court, Suite 265 | | | San Diego | CA | 92127 |
| Baron & Budd, P.C. | Attn: Scott Summy, Cary McDougal, Carle Burke Pickrel and Cristina Sanchez | 3102 Oak Lawn Avenue, Suite 1100 | | | Dallas | TX | 75129-4281 |
| Bellflower-Somerset Mutual Water Company | Attn: Steve Lenton | 10016 Flower St | | | Bellflower | CA | 90706 |
| California Union Insurance Company (n/k/a Century Indemnity Company) | Attn: Robert M. Omrod (CEO) | 436 Walnut Street | | | Philadelphia | PA | 19106 |
| California Water Service Company | Attn: Shawn Bunting | 1720 North First Street | | | San Jose | CA | 95112 |
| Century Indemnity Company (as successor to CCI Insurance Company, as successor to Insurance Company of North America) | c/o O'Melveny & Myers LLP | Attn: Andrew Frackman, Tancred Schiavoni & Eli A Grossman | 1301 Avenue of the Americas | Suite 1700 | New York | NY | 10019 |

In re: KFI Wind-Down Corp.
Case No. 23-50758 (LSS)

Page 1 of 4

Document Ref: ZBKWB-DYAF5-RVK4K-FK2GX

Page 4 of 13



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | ZIP |
|---|---|---|---|---|---|---|---|
| Century Indemnity Company (as successor to CCI Insurance Company, as successor to Insurance Company of North America) | c/o Stamoulis & Weinblatt LLC | Attn: Stamatios Stamoulis | 800 N West Street | Third Floor | Wilmington | DE | 19801 |
| Coaction Specialty Management Company, Inc. | c/o White & Williams LLP | Attn: Timothy Martin & Michael Ingrassia | Courthouse Square | 600 N King Street, Suite 800 | Wilmington | DE | 19801 |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: Catherine M. Castaldi | 2211 Michelson Drive, 7th Floor | | Irvine | CA | 92612 |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: David J. Molton, Jeffrey L. Jonas, Sigmund S. Wissner-Gross, D. Cameron Moxley, Kenneth Aulet, Gerard T. Cicero, Susan Sieger-Grimm, Cathrine M. Castaldi & Eric R. Goodman | 7 Times Square | | New York | NY | 10036 |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: Eric R. Goodman | 601 Thirteenth Street NW, Ste. 600 | | Washington | DC | 20005 |
| Co-Lead Counsel to the Committee | c/o Stutzman, Bromberg, Esserman, & Plifka, a Professional Corpporation | Attn: Sander L. Esserman, Peter C. D'Apice, and Cliff I. Taylor | 2323 Bryan Street, Ste. 2200 | | Dallas | TX | 75201 |
| Columbia Casualty Company | Attn: Dino Robusto (CEO) | 151 North Franklin Street | | | Chicago | IL | 60606 |
| Columbia Casualty Company | c/o David Christian Attorneys LLC | Attn: David C. Christian II | 105 W Madison Street | Suite 1400 | Chicago | IL | 60602 |
| Columbia Casualty Company | c/o Goldstein & McClintock, LLP | Attn: Maria Aprile Sawczuk | 501 Silverside Rd | Suite 65 | Wilmington | DE | 19809 |
| Columbia Casualty Company | c/o Lewis Baach Kaufmann Middlemiss PLLC | Attn: Mark J. Leimkuhler, Jessica R Lobis Buckwalter | 1050 K Street NW | Suite 400 | Washington | DC | 20001 |
| Continental Insurance Company | Attn: Dino Robusto (CEO) | 151 North Franklin Street | | | Chicago | IL | 60606 |
| Counsel to Carrier | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Kenneth S. Ziman & Robert A. Britton | 1285 Sixth Avenue | | New York | NY | 10019 |
| Counsel to the Future Claimants' Representative | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady, Edwin J. Harron, Sharon M. Zieg & S. Alexander Faris | Rodney Square 1000 North King Street | | Wilmington | DE | 19801 |
| Creedon & Feliciani, P.C. | Attn: Joseph L. Feliciani | 29 East Marshall Street | | | Norristown | PA | 19401 |
| David Hermann | c/o Weitz & Luxenberg PC | Attn: Lisa Nathanson Busch, Nancy Christensen and Justine Delaney | 700 Broadway | | New York | NY | 10003 |
| Douglas & London, P.C. | Attn: Gary J. Douglas London, Michael A. London, Rebecca G. Newman and Tate J. Kunkle | 59 Maiden Lane, 6th Floor | | | New York | NY | 10038 |
| Elias Narez | | Address Redacted | | | | | |
| Endurance American Specialty Insurance | c/o Clyde & Co LLP | Attn: Paul Koepff, Kevin Haas & Ryan Westerfield | 405 Lexington Avenue, 16th Floor | | New York | NY | 10174 |
| Endurance American Specialty Insurance | c/o Smith, Katzenstein & Jenkins LLP | Attn: Robert K Beste | 1000 North West Street | Suite 1501 | Wilmington | DE | 19899 |
| Endurance American Specialty Insurance | c/o Walker Wilcox Matousek LLP | Attn: Fred L. Alvarez | One North Franklin Street, Suite 3200 | | Chicago | IL | 60606 |
| Endurance American Specialty Insurance | c/o Walker Wilcox Matousek LLP | Attn: Tony L. Draper | 1001 McKinney Street, Suite 2000 | | Houston | TX | 77002 |
| Endurance American Specialty Insurance Company | Corporation Service Company | 251 Little Falls Drive | | | Wilmington | DE | 19808 |
| Environmental Litigation Group, P.C. | Attn: Gregory A. Cade, Gary A. Anderson and Kvin B. McKie | 2160 Highland Avenue South | | | Birmingham | AL | 35205 |
| Evanston Insurance Company | Attn: Richard Grinnan, SVP / Chief Legal Counsel of Markel Corp | 10275 W. Higgins Road, Suite 750 | | | Rosemont | IL | 60018 |
| Federal Insurance Company | CT Corporation System | 334 North Senate Avenue | | | Indianapolis | IN | 46204 |
| Fee Examiner | Attn: Diana G. Adams | 602 Main Street | PO Box L | | Hobart | NY | 13788 |
| Gacovino, Lake & Associates, P.C. | Attn: Richard Zgoda, Jr. and Steven D. Gacovino | 270 West Main Street | | | Sayville | NY | 11782 |
| Gibraltar Casualty Company (n/k/a TIG Insurance Company) | CT Corporation System | 330 N Brand Blvd Ste 700 | | | Glendale | CA | 91203 |
| Harbor Insurance Company (n/k/a Greenwich Insurance Company) | The Corporation Trust Company | Corporation Trust Center | 1209 Orange St | | Cincinnati | OH | 45202 |

In re: KFI Wind-Down Corp.
Case No. 23-50758 (LSS)

Page 2 of 4



**Exhibit A**

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | ZIP |
|---|---|---|---|---|---|---|---|
| Hartford Financial Services Group, Inc. | c/o Marshall Dennehey, P.C. | Attn: M. Claire McCudden | 1007 N. Orange Street, Suite 600 | PO Box 8888 | Wilmington | DE | 19899-8888 |
| Hartford Financial Services Group, Inc. | The Corporation Trust Company | Corporation Trust Center | 1209 Orange St | | Cincinnati | OH | 45202 |
| Insurance Company of North America | CT Corporation System | 600 North Second Street, Suite 401 | | | Harrisburg | PA | 17101 |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Keefe Law Firm | Attn: Stephen T. Sullivan, Jr. and John E. Keefe, Jr. | 2 Bridge Ave | Ste 623 | | Red Bank | NJ | 07701-4606 |
| Landmark American Insurance Company | c/o Bayard, P.A. | Attn: Ericka F. Johnson, Esq. & Justin Barrett, Esq. | 600 North King St. Suite 450 | | Wilmington | DE | 19801 |
| Landmark American Insurance Company | c/o Littleton Joyce Ughetta & Kelly LLP | Attn: Robert L. Joyce, Esq. | 4 Manhattanville Road, Suite 202 | | Purchase | NY | 10577 |
| Law Offices of James Vasquez, P.C. | Attn: James Vasquez | 1373 Broad St | Ste 300 | | Clifton | NJ | 07013-4200 |
| Lexington Insurance Company | Corporation Service Company | 251 Little Falls Drive | | | Wilmington | DE | 19808 |
| Lexington Insurance Company & National Union Fire Insurance Company of Pittsburg, PA | c/o Chipman Brown Cicero & Cole LLP | Attn: William E Chipman, Jr , Paul D Brown & Joseph Cicero | Hercules Plaza | 1313 North Market Street, Suite 5400 | Wilmington | DE | 19801 |
| Lexington Insurance Company & National Union Fire Insurance Company of Pittsburg, PA | c/o WILLKIE FARR & GALLAGHER LLP | Attn: Christopher J St Jeanos, James H Burbage & Alexa L Davis | 787 Seventh Avenue | | New York | NY | 10019 |
| Lexington Insurance Company & National Union Fire Insurance Company of Pittsburg, PA | c/o WILLKIE FARR & GALLAGHER LLP | Attn: Jennifer Hardy | 600 Travis Street | | Houston, | TX | 77002 |
| Lexington Insurance Company & National Union Fire Insurance Company of Pittsburg, PA | c/o WILLKIE FARR & GALLAGHER LLP | Attn: Joseph G. Davis | 1875 K Street, N.W. | | Washington, | DC | 20006 |
| Local Counsel to the Committee | c/o Hogan Mcdaniel | Attn: Daniel K. Hogan, Garvan F. McDaniel, and Daniel C. Kerrick | 1311 Delaware Avenue | | Wilmington | DE | 19806 |
| London Guarantee and Accident Company of New York (n/k/a Centre Insurance Company) | Corporation Service Company | 251 Little Falls Drive | | | Wilmington | DE | 19808 |
| Luis Fernando Garcia | | Address Redacted | | | | | |
| MDL PEC Co-Leads | c/o Napoli Shkolnik PLLC | Attn: Paul Napoli | 1302 Avenida Ponce de Leon | | Santurce | Puerto Rico | 00907 |
| Motley Rice, LLC | Attn: Fred Thompson, III, T. David Hoyle, Joseph F. Rice | 28 Bridgeside Blvd. | | | Mount Pleasant | SC | 29464 |
| Murray Law Firm | Attn: Stephen B. Murray, Sr., Robin Myers Primeau and Caroline W. Thomas | 701 Poydras Street, Suite 4250 | | | New Orleans | LA | 70139 |
| Napoli Shkolnik, PLLC | Attn: Paul J. Napoli, Andrew Croner, Patrick Lanciotti and Nicholas Mindicino | 360 Lexington Avenue, 11th Floor | | | New York | NY | 10017 |
| National Union Fire Insurance Company of Pittsburgh, Pa. | Corporation Service Company | 2595 Interstate Drive, Suite 103 | | | Harrisburg | PA | 17110 |
| Northbrook Excess and Surplus Insurance Company (n/k/a Allstate Insurance Company) | Attn: Thomas J. Wilson (CEO) | 3075 Sanders Road G4E | | | Northbrook | IL | 60062 |
| Northbrook Insurance Company (n/k/a Allstate Insurance Company) | Attn: Thomas J. Wilson (CEO) | 3075 Sanders Road G4E | | | Northbrook | IL | 60062 |
| Office of the U.S. Trustee | c/o United States Department of Justice | Attn: Timothy J. Fox | 844 King St, Suite 2207 Lockbox 35 | | Wilmington | DE | 19801 |
| Office of the United States Attorney for the District of Delaware | | 1313 N Market Street | | | Wilmington | DE | 19801 |
| Pacific Employers Insurance Company | CT Corporation System | 600 North Second Street, Suite 401 | | | Harrisburg | PA | 17101 |
| Patrick Williams | c/o Douglas & London, PC | Attn: Michael London & Tate Kunkle | 59 Maiden Lane, 6th Floor | | New York | NY | 10038 |
| Paukert & Troppmann, PLLC | Attn: Mary E. Dillon and Andrew S. Biviano | 421 W Riverside Ave | Ste 520 | | Spokane | WA | 99201-0402 |
| Pennock Law Firm LLC | Attn: Shannon Pennock | 411 Lafayette St | 6th Floor | | New York | NY | 10003 |

In re: KFI Wind-Down Corp.
Case No. 23-50758 (LSS)

Page 3 of 4



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | ZIP |
|---|---|---|---|---|---|---|---|
| Peoples Water Company of Florida, Inc. | Attn: Sherlock Gillet, Jr. | 905 Lownde Avenue | | | Pensacola | FL | 32507 |
| Pritzker Levine LLP | Attn: Elizabeth C. Pritzker, Jonathan K. Levine, Bethany L. Caracuzzo, Heather P. Haggarty and Richard R. Seal | 1900 Powell Street, Suite 450 | | | Emeryville | CA | 94608 |
| Richard M Bivone | c/o Slater Slater Schulman LLP | Attn: Michael Werner | 445 Broad Hollow Rd, Suite 419 | | Melville | NY | 11747 |
| S.O. Sales | Attn: Jeffrey Ondovic | 775 Hartford Turnpike | | | Shrewsbury | MA | 01545 |
| Securities and Exchange Commission | | 100 F Street, NE | | | Washington | DC | 20549 |
| Slater Slater Schulman LLP | Attn: Michael Werner | 445 Broad Hollow Road, Suite 419 | | | Melville | NY | 11747 |
| Solomon Law Group, LLC | Attn: Carl L. Solomon | 3501 North Main Street | | | Columbia | SC | 29203 |
| Special Insurance Counsel to the Official Committee of Unsecured Creditors | c/o Gilbert LLP | Attn: Kami E. Quinn, Esq., Emily P. Grim, Esq., Alison D. Gaske, Esq., & Lelia Parker, Esq. | 700 Pennsylvania Avenue, SE Suite 400 | | Washington | DC | 20003 |
| Special Insurance Counsel to the Official Committee of Unsecured Creditors and Future Claimants' Representative | c/o GILBERT LLP | Attn: Kami E. Quinn, Emily P. Grim,Ethan H. Kaminsky, Lelia F. Parker & Ifenanya Agwu | 700 Pennsylvania Avenue, SE Suite 400 | | Washington | DC | 20003 |
| Stag Liuzza, LLC | Attn: Michael G. Stag and Merritt Cunningham | 365 Canal St., Suite 2850 | | | New Orleans | LA | 70130 |
| State of Delaware | Department of Justice | Carvel State Office Building | 820 N French Street | | Wilmington | DE | 19801 |
| Terry T. Miller | c/o Aylstock Witkin Kreis & Overholtz | Attn: Douglass A Kreis & Maury S Goldstein | 17 East Main St | | Pensacola | FL | 32502 |
| The Aetna Casualty and Surety Company N/K/A Travelers Casualty and Surety Company. | c/o REGER RIZZO & DARNALL LLP | Attn: Scott L Silar, Esquire | Brandywine Plaza West | 1521 Concord Pike, Suite 305 | Wilmington, | DE | 19803 |
| The Continental Insurance Company | c/o David Christian Attorneys LLC | Attn: David C. Christian II | 105 W Madison Street | Suite 1400 | Chicago | IL | 60602 |
| The Continental Insurance Company | c/o Goldstein & McClintock, LLP | Attn: Maria Aprile Sawczuk | 501 Silverside Rd | Suite 65 | Wilmington | DE | 19809 |
| The Continental Insurance Company | c/o Lewis Baach Kaufmann Middlemiss PLLC | Attn: Mark J. Leimkuhler, Jessica R Lobis Buckwalter | 1050 K Street NW | Suite 400 | Washington | DC | 20001 |
| The Ferraro Law Firm | Attn: James L. Ferraro, Janpaul Portal and James L. Ferraro Jr. | Brickell World Plaza | 600 Brickell Avenue | 38th Fl | Miami | FL | 33131 |
| TIG Insurance Company | c/o Kennedys CMK LLP | Attn: Marc S. Casarino | 222 Delaware Avenue | Suite 710 | Wilmington | DE | 19801 |
| Travelers Casualty and Surety Company f/k/a The Aetna Casualty and Surety Company | c/o Reger Rizzo & Darnall LLP | Attn: Louis J. Rizzo, Jr | Brandywine Plaza West | 1521 Concord Pike, Suite 305 | Wilmington | DE | 19803 |
| United National Insurance Company | Attn: Jonathan E. Oltman (President) | Three Bala Plaza E | Suite 300 | | Bala Cynwyd | PA | 19004 |
| United National Insurance Company | c/o Lewis Brisbois Bisgaard & Smith | Attn: Aimee M Czachorowski | 500 Delaware Ave | Suite 700 | Wilmington | DE | 19801 |
| United National Insurance Company | c/o Salley, Hite, Mercer & Resor | Attn: John W. Hite | 365 Canal Street | One Canal Place, Suite 1710 | New Orleans | LA | 70130 |
| Veteran Legal Group | Attn: Jeremy C. Shafer | 700 12th Street, Suite 700 | | | Washington | DC | 20005 |
| Weitz & Luxenberg, P.C. | Attn: Nancy M. Christensen | 700 Broadway | | | New York | NY | 10003 |
| Zurich American Insurance Company | c/o Saul Ewing LLP | Attn: Clarence Y. Lee, Matthew Antonelli and Kyra A. Smerkanich | 1919 Pennsylvania Avenue, N.W. | Suite 550 | Washington | DC | 20006-3434 |
| Zurich American Insurance Company | c/o Saul Ewing LLP | Attn: Laurie A. Kamaiko | 1270 Avenue of the Americas | Suite 2800 | New York | NY | 10020 |
| Zurich American Insurance Company | c/o Whiteford Taylor & Preston LLC | Attn: Richard W. Riley | 600 North King Street | Suite 300 | Wilmington | DE | 19801-3700 |

In re: KFI Wind-Down Corp.
Case No. 23-50758 (LSS)

Page 4 of 4

Document Ref: ZBKWB-DYAF5-RVK4K-FK2GX

Page 7 of 13

# **Exhibit B**

Document Ref: ZBKWB-DYAF5-RVK4K-FK2GX

 **STRETTO**

**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Ad Hoc Committee of Governmental Claimant | c/o Kelley Drye & Warren LLP | Attn: Sean T. Wilson | swilson@kelleydrye.com |
| Ad Hoc Committee of Governmental Claimant | c/o A.M. Sacculo Legal, LLC | Attn: Anthony M. Sacculo, Mark T. Hurford, and Mary E | ams@sacculolegal.com |
| Ad Hoc Committee of Governmental Claimants | c/o Kelley Drye & Warren LLP | Attn: James S. Carr, Sean T. Wilson, Whitney M. Smith | swilson@kelleydrye.com |
| Admiral Insurance Group | c/o Frost Brown Todd LLP | Attn: David W Walulik | dwalulik@fbtlaw.com |
| Admiral Insurance Group | c/o Landis Rath & Cobb LLP | Attn: Kimberly A Brown & Joshua B Brooks | brown@lrclaw.com |
|  |  |  | brooks@lrclaw.com |
| Allstate Insurance Company | c/o Smith, Katzenstein & Jenkins, LLP | Attn: Robert J Katzenstein, Julie M. O'Dell & Daniel A T | rjk@skjlaw.com |
|  |  |  | jmo@skjlaw.com |
|  |  |  | dat@skjlaw.com |
| AllState insurance Company | c/o Windels Marx Lane & Mittendorf, LLP | ATtn: Stefano V Calogero | scalogero@windelsmarx.com |
| American Guarantee and Liability Insurance Company | c/o Saul Ewing LLP | Attn: Clarence Y. Lee, Matthew Antonelli and Kyra A. S | clarence.lee@saul.com |
|  |  |  | matt.antonelli@saul.com |
|  |  |  | kyra.smerkanich@saul.com |
| American Guarantee and Liability Insurance Company | c/o Saul Ewing LLP | Attn: Laurie A. Kamaiko | laurie.kamaiko@saul.com |
| American Guarantee and Liability Insurance Company | c/o Whiteford Taylor & Preston LLC | Attn: Richard W. Riley | rriley@whitefordlaw.com |
| American Guarantee and Liability Insurance Company | c/o Whiteford Taylor & Preston LLC | Attn: Richard W. Riley | rriley@whitefordlaw.com |
| American Guarantee and Liability Insurance Company and Zuri | c/o Plevin & Turner LLP | Attn: Jordan A. Hess & Miranda H. Turner | jhess@plevinturner.com |
|  |  |  | mturner@plevinturner.com |
| American Guarantee and Liability Insurance Company and Zuri | c/o Plevin & Turner LLP | Attn: Mark D. Plevin | mplevin@plevinturner.com |
| Anapol Weiss | Attn: Lawrence R. Cohan, Joshua C. Coha and Alexander H. Kipperma | | lcohan@anapolweiss.com |
|  |  |  | jcohan@anapolweiss.com |
| Arch Insurance Company | c/o Cooch and Taylor, PA | Attn: Carmella P Keemer | ckeener@coochtaylor.com |
| Arch Insurance Company | CSC-Lawyers Incorporating Service Company | | mgramke@ubglaw.com |
|  |  |  | esanders@ubglaw.com |
|  |  |  | ckeener@coochtaylor.com |
| Arch Specialty Insurance Company | c/o Cooch and Taylor, PA | Attn: Carmella P Keemer | ckeener@coochtaylor.com |
| Arch Specialty Insurance Company | CSC-Lawyers Incorporating Service Company | | mgramke@ubglaw.com |
|  |  |  | esanders@ubglaw.com |
|  |  |  | ckeener@coochtaylor.com |
| Arthur Schaap d/b/a Highland Dairy | Attn: Arthur Schaap | | art.schaap@icloud.com |
| Atlanta International Insurance Company | c/o David Christian Attorneys LLC | Attn: David C. Christian II | dchristian@dca.law |
| Atlanta International Insurance Company | c/o David Christian Attorneys LLC | Attn: David C. Christian II | dchristian@dca.law |
| Atlanta International Insurance Company | c/o Goldstein & McClintock, LLP | Attn: Maria Aprile Sawczuk | marias@goldmclaw.com |
| Atlanta International Insurance Company | c/o Goldstein & McClintock, LLP | Attn: Maria Aprile Sawczuk | marias@goldmclaw.com |
| Atlanta International Insurance Company | c/o Lewis Baach Kaufmann Middlemiss PLLC | Attn: Mark J. Leimkuhler, Jessica R Lobis Buckwalter | mark.leimkuhler@lbkmlaw.com |
|  |  |  | jessica.buckwalter@lbkmlaw.com |
| Banner Legal | Attn: Jeremy C. Shafer | | jshafer@bannerlegal.com |
| Baron & Budd, P.C. | Attn: Scott Summy, Cary McDougal, Carle Burke Pickrel and Cristina S | | ssummy@baronbudd.com |
| Bellflower-Somerset Mutual Water Company | Attn: Steve Lenton | | steve@bsmwc.com |
| California Water Service Company | Attn: Shawn Bunting | | sbunting@calwater.com |
| Carrier Global Corporation | c/o Richards, Layton & Finger, P.A. | Attn: Paul N. Heath, Zachary I. Shapiro, & Cory D. Kand | heath@rlf.com |
|  |  |  | shapiro@rlf.com |
|  |  |  | kandestin@rlf.com |
| Carrier Global Corporation | c/o Simpson Thacher & Bartlett LLP | Attn: Sandeep Qusba, Sunny Singh, Alan C. Turner, & | sunny.singh@stblaw.com |
|  |  |  | nbaker@stblaw.com |
|  |  |  | squsba@stblaw.com |
|  |  |  | aturner@stblaw.com |
| Century Indemnity Company (as successor to CCI Insurance Co | c/o O'Melveny & Myers LLP | Attn: Andrew Frackman, Tancred Schiavoni & Eli A Gro | afrackman@omm.com |
|  |  |  | tschiavoni@omm.com |
|  |  |  | egrossman@omm.com |
| Century Indemnity Company (as successor to CCI Insurance Co | c/o Stamoulis & Weinblatt LLC | Attn: Stamatios Stamoulis | stamoulis@swdelaw.com |
| Chemours Company FC, LLC | c/o Ballard Spahr LLP | Attn: Tobey M. Daluz and Margaret A. Vesper | daluzt@ballardspahr.com |
|  |  |  | vesperm@ballardspahr.com |
| City of Philadelphia | c/o City of Philadelphia Law Department Senior Attorney | Attn: Megan N. Harper | megan.harper@phila.gov |
| Coaction Specialty Management Company, Inc. | c/o White & Williams LLP | Attn: Timothy Martin & Michael Ingrassia | mdint@whiteandwilliams.com |
|  |  |  | ingrassiam@whiteandwilliams.com |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: Catherine M. Castaldi | ccastaldi@brownrudnick.com |

In re: KFI Wind-Down Corp.
Case No. 23-50758 (LSS)

Page 1 of 5



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: Catherine M. Castaldi | ccastaldi@brownrudnick.com |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: David J. Molton, Jeffrey L. Jonas, Sigmund S. Wis | dmolton@brownrudnick.com jjonas@brownrudnick.com swissner-gross@brownrudnick.com dmoxley@brownrudnick.com kaulet@brownrudnick.com gcicero@brownrudnick.com ssieger-grimm@brownrudnick.com ccastaldi@brownrudnick.com egoodman@brownrudnick.com |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: David J. Molton, Jeffrey L. Jonas, Sigmund S. Wis | dmolton@brownrudnick.com jjonas@brownrudnick.com swissner-gross@brownrudnick.com dmoxley@brownrudnick.com kaulet@brownrudnick.com gcicero@brownrudnick.com ssieger-grimm@brownrudnick.com ccastaldi@brownrudnick.com egoodman@brownrudnick.com |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: Eric R. Goodman | egoodman@brownrudnick.com |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: Eric R. Goodman | egoodman@brownrudnick.com |
| Co-Lead Counsel to the Committee | c/o Stutzman, Bromberg, Esserman, & Plifka, a Professional Corpora | Attn: Sander L. Esserman, Peter C. D'Apice, and Cliff I. | esserman@sbep-law.com dapice@sbep-law.com taylor@sbep-law.com |
| Co-Lead Counsel to the Committee | c/o Stutzman, Bromberg, Esserman, & Plifka, a Professional Corpora | Attn: Sander L. Esserman, Peter C. D'Apice, and Cliff I. | esserman@sbep-law.com dapice@sbep-law.com taylor@sbep-law.com |
| Columbia Casualty Company | c/o David Christian Attorneys LLC | Attn: David C. Christian II | dchristian@dca.law |
| Columbia Casualty Company | c/o David Christian Attorneys LLC | Attn: David C. Christian II | dchristian@dca.law |
| Columbia Casualty Company | c/o Goldstein & McClintock, LLP | Attn: Maria Aprile Sawczuk | marias@goldmclaw.com |
| Columbia Casualty Company | c/o Goldstein & McClintock, LLP | Attn: Maria Aprile Sawczuk | marias@goldmclaw.com |
| Columbia Casualty Company | c/o Lewis Baach Kaufmann Middlemiss PLLC | Attn: Mark J. Leimkuhler, Jessica R Lobis Buckwalter | mark.leimkuhler@lbkmlaw.com jessica.buckwalter@lbkmlaw.com |
| Commonwealth of Pennsylvania | c/o Pennsylvania Office of the Attorney General | Attn: Melissa L. Van Eck, Chief Deputy Attorney Genera | mvaneck@attorneygeneral.gov |
| Counsel to Carrier | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Kenneth S. Ziman & Robert A. Britt | pbasta@paulweiss.com kziman@paulweiss.com rbritton@paulweiss.com |
| Counsel to the Future Claimants' Representative | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady, Edwin J. Harron, Sharon M. Zieg | rbrady@ycst.com eharron@ycst.com szieg@ycst.com afaris@ycst.com |
| Creedon & Feliciani, P.C. | Attn: Joseph L. Feliciani | | jfeliciani@cflawpc.com |
| David Hermann | c/o Weitz & Luxenberg PC | Attn: Lisa Nathanson Busch, Nancy Christensen and Ju | lbusch@weitzlux.com nchristensen@weitzlux.com jdelaney@weitzlux.com |
| Douglas & London, P.C. | Attn: Gary J. Douglas London, Michael A. London, Rebecca G. Newma | | gdouglas@douglasandlondon.com mlondon@douglasandlondon.com rnewman@douglasandlondon.com |
| Endurance American Specialty Insurance | c/o Clyde & Co LLP | Attn: Paul Koepff, Kevin Haas & Ryan Westerfield | paul.koepff@clydeco.us |
| Endurance American Specialty Insurance | c/o Smith, Katzenstein & Jenkins LLP | Attn: Robert K Beste | rkb@skjlaw.com |
| Endurance American Specialty Insurance | c/o Walker Wilcox Matousek LLP | Attn: Fred L. Alvarez | falvarez@walkerwilcox.com |
| Endurance American Specialty Insurance | c/o Walker Wilcox Matousek LLP | Attn: Tony L. Draper | tdraper@walkerwilcox.com |
| Environmental Litigation Group, P.C. | Attn: Gregory A. Cade, Gary A. Anderson and Kvin B. McKie | | gary@elglaw.com |
| Fee Examiner | Attn: Diana G. Adams | | diana.goldberg.adams@gmail.com |
| First State Insurance Company | c/o Marshall Dennehey, P.C. | Attn: M. Claire McCudden | mcmccudden@mdwcg.com |
| Gacovino, Lake & Associates, P.C. | Attn: Richard Zgoda, Jr. and Steven D. Gacovino | | r.zgoda@gacovinolake.com |

In re: KFI Wind-Down Corp.
Case No. 23-50758 (LSS)

Page 2 of 5

Document Ref: ZBKWB-DYAF5-RVK4K-FK2GX

Page 10 of 13



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| GEICO (Government Employees Insurance Company) | The Corporation Trust Company | Attn: Maria Sawczuk | marias@restructuringshop.com<br>marias@goldmclaw.com |
| Great American Assurance Company | c/o Bodell Bove, LLC | Attn: Bruce W. McCullough | bmccullough@bodellbove.com |
| Great American Assurance Company | c/o Bodell Bove, LLC | Attn: Bruce W. McCullough | bmccullough@bodellbove.com |
| Great American Assurance Company | United Agent Group Inc. | | bmccullough@bodellbove.com |
| Great American Insurance Company of New York | c/o Bodell Bove, LLC | Attn: Bruce W. McCullough | bmccullough@bodellbove.com |
| Great American Insurance Company of New York | c/o Bodell Bove, LLC | Attn: Bruce W. McCullough | bmccullough@bodellbove.com |
| Great American Insurance Company of New York | United Agent Group Inc. | | bmccullough@bodellbove.com |
| Hartford Financial Services Group, Inc. | c/o Marshall Dennehey, P.C. | Attn: M. Claire McCudden | mcmccudden@mdwcg.com |
| Hillsborough County Aviation Authority | c/o Guilday Law, P.A. | Attn: Ralph A. DeMeo | ralph@guildaylaw.com |
| Hillsborough County Aviation Authority | c/o Margolis Edelstein | Attn: James E. Huggett | jhuggett@margolisedelstein.com |
| Keefe Law Firm | Attn: Stephen T. Sullivan, Jr. and John E. Keefe, Jr. | | ssullivan@keefe-lawfirm.com<br>jkeefe@keefe-lawfirm.com |
| Law Offices of James Vasquez, P.C. | Attn: James Vasquez | | james@jamesvasquezlaw.com |
| Lexington Insurance Company & National Union Fire Insurance | c/o Chipman Brown Cicero & Cole LLP | Attn: William E Chipman, Jr, Paul D Brown & Joseph C | chipman@chipmanbrown.com<br>brown@chipmanbrown.com<br>Cicero@chipmanbrown.com |
| Lexington Insurance Company & National Union Fire Insurance | c/o WILLKIE FARR & GALLAGHER LLP | Attn: Christopher J St Jeanos, James H Burbage & Ale | cstjeanos@willkie.com<br>jburbage@willkie.com<br>adavis@willkie.com |
| Lexington Insurance Company & National Union Fire Insurance | c/o WILLKIE FARR & GALLAGHER LLP | Attn: Jennifer Hardy | jhardy2@willkie.com |
| Lexington Insurance Company & National Union Fire Insurance | c/o WILLKIE FARR & GALLAGHER LLP | Attn: Joseph G. Davis | jdavis@willkie.com |
| Local Counsel to the Committee | c/o Hogan Mcdaniel | Attn: Daniel K. Hogan, Garvan F. McDaniel, and Daniel | dkhogan@dkhogan.com<br>gfmcdaniel@dkhogan.com<br>dckerrick@dkhogan.com |
| Local Counsel to the Committee | c/o Hogan Mcdaniel | Attn: Daniel K. Hogan, Garvan F. McDaniel, and Daniel | dkhogan@dkhogan.com<br>gfmcdaniel@dkhogan.com<br>dckerrick@dkhogan.com |
| Marathon Petroleum Company LP | c/o Miller Nash LLP | Attn: John R. Knapp, Jr. | john.knapp@millernash.com |
| Martin County, Florida | c/o Guilday Law, P.A. | Attn: Ralph A. DeMeo | ralph@guildaylaw.com |
| Martin County, Florida | c/o Margolis Edelstein | Attn: James E. Huggett, Esquire | jhuggett@margolisedelstein.com |
| MDL PEC Co-Leads | c/o Napoli Shkolnik PLLC | Attn: Paul Napoli | PNapoli@NSPRLaw.com |
| Motley Rice, LLC | Attn: Fred Thompson, III, T. David Hoyle, Joseph F. Rice | | fthompson@motleyrice.com<br>jrice@motleyrice.com |
| Murray Law Firm | Attn: Stephen B. Murray, Sr., Robin Myers Primeau and Caroline W. T | | smurray@murray-lawfirm.com<br>rmyers@murray-lawfirm.com<br>CThomas@murray-lawfirm.com |
| Napoli Shkolnik, PLLC | Attn: Paul J. Napoli, Andrew Croner, Patrick Lanciotti and Nicholas Min | | pnapoli@napolilaw.com<br>acroner@napolilaw.com<br>planciotti@napolilaw.com<br>nmindicino@napolilaw.com |
| Office of the Attorney General of Texas | c/o Assistant Attorney General | Attn: Rachel R. Obaldo | rachel.obaldo@oag.texas.gov |
| Office of the U.S. Trustee | c/o United States Department of Justice | Attn: Timothy J. Fox | timothy.fox@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Pacific Erin Opco, LLC, | c/o PACHULSKI STANG ZIEHL & JONES LLP | Attn: Laura Davis Jones | ljones@pszjlaw.com |
| Pacific Erin Opco, LLC, | c/o RAINES FELDMAN LITTRELL LLP | Attn: Hamid R. Rafatjoo & David S. Forsh | hrafatjoo@raineslaw.com<br>dforsh@raineslaw.com |
| Patrick Williams | c/o Douglas & London, PC | Attn: Michael London & Tate Kunkle | mlondon@douglasandlondon.com<br>tkunkle@douglasandlondon.com |
| Paukert & Troppmann, PLLC | Attn: Mary E. Dillon and Andrew S. Biviano | | bdillon@pt-law.com<br>abiviano@pt-law.com |
| Pennock Law Firm LLC | Attn: Shannon Pennock | | shannonpennock@pennocklawfirm.com |
| Pension Benefit Guaranty Corporation | c/o Office of the General Counsel | Attn: Gabrielle Graves | graves.gabrielle@pbgc.gov<br>efile@pbgc.gov |
| People of the State of California | c/o Attorney General of California | Attn: Rob Bonta, Edward H. Ochoa, Jeremy Brown, & N | nicholas.campins@doj.ca.gov |
| People of the State of California | c/o Attorney General of California | Attn: Mitchell Rishe | Mitchell.Rishe@doj.ca.gov |

In re: KFI Wind-Down Corp.
Case No. 23-50758 (LSS)



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| People of the State of California | c/o Deputy Attorney General | Attn: Brendan Hughes | brendan.hughes@doj.ca.gov |
| Peoples Water Company of Florida, Inc. | Attn: Sherlock Gillet, Jr. | | sgillet@peopleswater.net |
| Plaintiff's Executive Committee | c/o Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan | bsullivan@sha-llc.com |
| Plaintiff's Executive Committee | c/o Taft Stettinius & Hollister LLP | Attn: David J. Butler | dbutler@taftlaw.com |
| Plaintiff's Executive Committee | c/o Taft Stettinius & Hollister LLP | Attn: Michael P. O'Neil | moneil@taftlaw.com |
| Pritzker Levine LLP | Attn: Elizabeth C. Pritzker, Jonathan K. Levine, Bethany L. Caracuzzo, | | ecp@pritzkerlevine.com<br>jkl@pritzkerlevine.com<br>bc@pritzkerlevine.com<br>hph@pritzkerlevine.com<br>rrs@pritzkerlevine.com |
| Randi S. Ellis | c/o Young Conaway Stargatt & Taylor, LLP | Attn: James L. Patton, Jr., Robert S. Brady, Edwin J. Ha | jpatton@ycst.com<br>eharron@ycst.com<br>rbrady@ycst.com<br>szieg@ycst.com<br>eedwards@ycst.com<br>sgreecher@ycst.com<br>afaris@ycst.com<br>cox@ycst.com |
| Richard M Bivone | c/o Slater Slater Schulman LLP | Attn: Michael Werner | mwerner@sssfirm.com |
| RSA Insurance Group Limited | | | DGJohnson@mintz.com<br>PWKalish@mintz.com<br>MEHaas@mintz.com<br>DCMayers@mintz.com |
| RTX Corporation | Attn: Emil A. Kleinhaus & Mitchell S. Levy | c/o Wachtell, Lipton, Rosen & Katz | eakleinhaus@wlrk.com<br>MSLevy@wlrk.com |
| RTX Corporation | Attn: Kurt F. Gwynne & Jason D. Angelo | c/o Reed Smith LLP | kgwynne@reedsmith.com<br>jangelo@reedsmith.com |
| S.O. Sales | Attn: Jeffrey Ondovic | | jeff@sosales.com |
| Slater Slater Schulman LLP | Attn: Michael Werner | | mwerner@sssfirm.com |
| Solomon Law Group, LLC | Attn: Carl L. Solomon | | carl@solomonlawsc.com |
| Special Committee of the Board of Directors of Kidde-Fenwal, I | c/o Schulte Roth & Zabel LLP | Attn: Adam Harris, William J. Gussman, Jr. & Peter J. A | adam.harris@srz.com<br>bill.gussman@srz.com<br>peter.amend@srz.com |
| Special Committee of the Board of Directors of Kidde-Fenwal, I | c/o Schulte Roth & Zabel LLP | Attn: McKenzie Haynes | mckenzie.haynes@srz.com |
| Special Counsel to the Committee | c/o KTBS Law LLP | Attn: Thomas E. Patterson, Robert J. Pfister, Ariella Th | tpatterson@ktbslaw.com<br>rpfister@ktbslaw.com<br>asimonds@ktbslaw.com<br>maoz@ktbslaw.com |
| Special Insurance Counsel to the Official Committee of Unsecu | c/o Gilbert LLP | Attn: Kami E. Quinn, Esq., Emily P. Grim, Esq., Alison | quinnk@gilbertlegal.com<br>grime@gilbertlegal.com<br>gaskea@gilbertlegal.com<br>parkerl@gilbertlegal.com |
| Special Insurance Counsel to the Official Committee of Unsecu | c/o Gilbert LLP | Attn: Kami E. Quinn, Esq., Emily P. Grim, Esq., Alison | quinnk@gilbertlegal.com<br>grime@gilbertlegal.com<br>gaskea@gilbertlegal.com<br>parkerl@gilbertlegal.com |
| Special Insurance Counsel to the Official Committee of Unsecu | c/o GILBERT LLP | Attn: Kami E. Quinn, Emily P. Grim,Ethan H. Kaminsky | quinnk@gilbertlegal.com<br>grime@gilbertlegal.com<br>kaminskye@gilbertlegal.com<br>parkerl@gilbertlegal.com<br>agwui@gilbertlegal.com |
| Stag Liuzza, LLC | Attn: Michael G. Stag and Merritt Cunningham | | mstag@stagliuzza.com<br>mcunningham@stagliuzza.com |
| State of Connecticut | c/o Office of the Attorney General of Connecticut | Attn: MATTHEW I. LEVINE & CHRISTOPHER PATRIC | Matthew.Levine@ct.gov<br>Christopher.Kelly@ct.gov |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |
| State of New York | c/o Attorney General of the State of New York, Letitia James | Attn: Muhammad Umair Khan | Umair.Khan@ag.ny.gov |

In re: KFI Wind-Down Corp.
Case No. 23-50758 (LSS)

Document Ref: ZBKWB-DYAF5-RVK4K-FK2GX



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Terry T. Miller | c/o Aylstock Witkin Kreis & Overholtz | Attn: Douglass A Kreis & Maury S Goldstein | dkreis@awkolaw.com<br>mgoldstein@awkolaw.com |
| The Aetna Casualty and Surety Company N/K/A Travelers Cas | c/o REGER RIZZO & DARNALL LLP | Attn: Scott L Silar, Esquire | ssilar@regerlaw.com |
| The Aetna Casualty and Surety Company N/K/A Travelers Cas | c/o REGER RIZZO & DARNALL LLP | Attn: Scott L Silar, Esquire | ssilar@regerlaw.com |
| The Continental Insurance Company | c/o David Christian Attorneys LLC | Attn: David C. Christian II | dchristian@dca.law |
| The Continental Insurance Company | c/o David Christian Attorneys LLC | Attn: David C. Christian II | dchristian@dca.law |
| The Continental Insurance Company | c/o Goldstein & McClintock, LLP | Attn: Maria Aprile Sawczuk | marias@goldmclaw.com |
| The Continental Insurance Company | c/o Goldstein & McClintock, LLP | Attn: Maria Aprile Sawczuk | marias@goldmclaw.com |
| The Continental Insurance Company | c/o Lewis Baach Kaufmann Middlemiss PLLC | Attn: Mark J. Leimkuhler, Jessica R Lobis Buckwalter | mark.leimkuhler@lbkmlaw.com<br>jessica.buckwalter@lbkmlaw.com |
| The Ferraro Law Firm | Attn: James L. Ferraro, Janpaul Portal and James L. Ferraro Jr. | | jferraro@ferrarolaw.com<br>james@ferrarolaw.com |
| The State of New York | Office of the New York State Attorney General | Attn: Letitia James, Robert J. Rock, and Martin A. Moor | martin.mooney@ag.ny.gov<br>robert.rock@ag.ny.gov |
| The State of Texas | c/o Office of the Attorney General of Texas | Attn: Rachel R. Obaldo, Assistant Attorney General | rachel.obaldo@oag.texas.gov |
| TIG Insurance Company | c/o Kennedys CMK LLP | Attn: Marc S. Casarino | marc.casarino@kennedyslaw.com |
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Laura L McCloud | AGbankdelaware@ag.tn.gov |
| Travelers Casualty and Surety Company f/k/a The Aetna Casu | c/o Reger Rizzo & Darnall LLP | Attn: Louis J. Rizzo, Jr | lrizzo@regerlaw.com |
| Twin City Fire Insurance Company | c/o Marshall Dennehey, P.C. | Attn: M. Claire McCudden | mcmccudden@mdwcg.com |
| Tyco Fire Products LP and Chemguard, Inc. | c/o Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan and Sameen Rizvi | jryan@potteranderson.com<br>srizvi@potteranderson.com |
| Unified Global Packaging Group LLC | c/o Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | jdoran@hinckleyallen.com |
| United National Insurance Company | c/o Lewis Brisbois Bisgaard & Smith | Attn: Aimee M Czachorowski | aimee.czachorowski@lewisbrisbois.com |
| United National Insurance Company | c/o Salley, Hite, Mercer & Resor | Attn: John W. Hite | jhite@shmrlaw.com |
| Veteran Legal Group | Attn: Jeremy C. Shafer | | jshafer@bannerlegal.com |
| Weitz & Luxenberg, P.C. | Attn: Nancy M. Christensen | | nchristensen@weitzlux.com |
| Westport Insurance Company | c/o Kennedys CMK LLP | Attn: Marc S. Casarino & Karen Anderson | marc.casarino@kennedyslaw.com<br>Karen.AndersenMoran@kennedyslaw.com |
| Zurich American Insurance Company | c/o Saul Ewing LLP | Attn: Clarence Y. Lee, Matthew Antonelli and Kyra A. Si | clarence.lee@saul.com<br>matt.antonelli@saul.com<br>kyra.smerkanich@saul.com |
| Zurich American Insurance Company | c/o Saul Ewing LLP | Attn: Laurie A. Kamaiko | laurie.kamaiko@saul.com |
| Zurich American Insurance Company | c/o Whiteford Taylor & Preston LLC | Attn: Richard W Riley | rriley@whitefordlaw.com |
| Zurich American Insurance Company | c/o Whiteford Taylor & Preston LLC | Attn: Richard W. Riley | rriley@whitefordlaw.com |

In re: KFI Wind-Down Corp.
Case No. 23-50758 (LSS)

Page 5 of 5

Document Ref: ZBKWB-DYAF5-RVK4K-FK2GX

Page 13 of 13